IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Deanne D. Brown,        ) | C/A No. 3:11-723-JFA-JRM |
| ) | |
| Plaintiff,         ) | |
| v.         ) | |
| ) | ORDER |
| Michael J. Astrue,        ) | |
| Commissioner of Social Security,   ) | |
| ) | |
| Defendant.         ) | |
| _____ ) | |

This is an action brought by the plaintiff, Deanne D. Brown, pursuant to sections 405(g) and 1383(c)(3) of the Social Security Act, as amended, to obtain judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claims for Disability Insurance Benefits and Supplemental Security Income.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein he suggests that the Commissioner's decision to deny benefits should be reversed under sentence four of 42 U.S.C. § 405(g), and remanded to the Commissioner further proceedings.

Specifically, the Magistrate Judge recommends that upon remand, the ALJ should

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

determine whether plaintiff had a severe physical impairment and to determine her RFC in light of all of the evidence; to determine whether the plaintiff met or equaled Listing 104A; and to evaluate the opinions of the plaintiff's treating physicians (Drs. Koukos and Smith) in light of all the evidence.

The parties were advised of their right to file objections to the Report and Recommendation. The plaintiff did not file objections. The Commissioner, however, filed a notice stating that he would not file objections to the Report.

After a careful review of the record, including the findings of the ALJ, the briefs from the plaintiff and the Commissioner, and the Magistrate Judge's Report, the court finds the Report provides an accurate summary of the facts in the instant case and that the conclusions are proper. The Magistrate Judge's findings are hereby specifically incorporated herein by reference.

Accordingly, this action is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and is remanded to the Commissioner for further proceedings as stated herein and in the Magistrate Judge's Report.

IT IS SO ORDERED.

June 26, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge